In the Matter of the Application of the People of the State of New York, by George S. Van Schaick, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of and Rehabilitate the Bond and Mortgage Guarantee Company. In the Matter of the Plan of Readjustment of the Rights of the Holders of Investments in a Mortgage Covering Premises Known as Half Moon Hotel, Coney Island, Brooklyn, Guaranteed by Bond and Mortgage Guarantee Company. (Guarantee No. 186,039.) Abraham J. Herrick et al., Constituting the Law Firm of Herrick, Feinstein & Rossman, et al., Appellants; Jack L. Alpert et al., Respondents.

— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of the Special Term properly made? Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [See 277 App. Div. 1132.]